**Juan Antonio CONTRERAS, Petitioner-Appellant,**

v.

**Charles RATLEDGE, Respondent-Appellee.**

No. 16-7500

United States Court of Appeals, Fourth Circuit.

Submitted: August 31, 2017

Decided: September 13, 2017

Juan Antonio Contreras, Appellant Pro Se. Jennifer P. May-Parker, Seth Morgan Wood, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Antonio Contreras, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Contreras v. Ratledge*, No. 5:14-hc-02014-D, 2016 WL 9077876 (E.D.N.C. Aug. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*